# OFFICE OF THE CHAPTER 13 TRUSTEE
## LAUREN A. HELBLING, TRUSTEE
For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Lauren A. Helbling, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Lauren A. Helbling
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
 on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period October 01, 2019 through September 30, 2020

Case No: 17-15449-aih                         Filed: September 14, 2017

Debtor:  MICHAEL GUNTER
         39502 SHORT ROAD

         GRAFTON, OH  44044

Attorney: WILLIAM J BALENA                    Required Plan Payment:   $2,161.68 MONTHLY
          (440) 759-0368

---

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 75,377.10 |
| Disbursements: | | |
|     Principal | 64,038.98 | |
|     Interest | 4,609.07 | |
|     Attorney Fee | 2,200.00 | |
|     Trustee Fee | 4,529.05 | |
| | | 75,377.10 |
| Funds on Hand: | 0.00 | |
| | | 75,377.10 |

CASE NO: 17-15449-aih
DEBTOR: MICHAEL C GUNTER

## RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Oct 15, 2019 | 2,161.68 | Nov 15, 2019 | 2,161.68 | Dec 16, 2019 | 2,161.68 | Jan 14, 2020 | 2,161.68 | Feb 18, 2020 | 2,161.68 |
| Mar 17, 2020 | 2,161.68 | Apr 16, 2020 | 2,161.68 | May 18, 2020 | 2,161.68 | Jun 19, 2020 | 2,161.68 | Aug 17, 2020 | 4,323.36 |
| Sep 28, 2020 | 2,168.68 | | | | | | | | |

## DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | DEPARTMENT OF THE TREASURY | 1800 | Priority | .00 | .00 |
| 001A | DEPARTMENT OF THE TREASURY | 1800 | Secured | 5,074.11 | 1,322.92 |
| 001B | DEPARTMENT OF THE TREASURY | 1800 | Unsecured | .00 | .00 |
| 001NA | DEPARTMENT OF THE TREASURY IRS | | Unsecured | .00 | .00 |
| 002 | OHIO ATTORNEY GENERAL | ####1737 | Priority | .00 | .00 |
| 002A | OHIO ATTORNEY GENERAL | ####1737 | Unsecured | .00 | .00 |
| 002NA | OHIO DEPARTMENT OF TAXATION | | Unsecured | .00 | .00 |
| 002NA1 | LORAIN COUNTY COMMON PLEAS COURT | ####5806 | Unsecured | .00 | .00 |
| 003 | LAKEVIEW LOAN SERVICING LLC | ####5449 | Secured | 12,294.06 | .00 |
| 003A | LAKEVIEW LOAN SERVICING LLC | ####5449 | Secured | 5,374.80 | .00 |
| 003NA | CHRISTOPHER P KENNEDY ESQ | | Unsecured | .00 | .00 |
| 003NA1 | LORAIN COUNTY COMMON PLEAS COURT | ####0588 | Unsecured | .00 | .00 |
| 799 | WILLIAM J BALENA | | Attorney Fees | .00 | .00 |
| | | | Total Paid To Date: | 22,742.97 | 1,322.92 |